IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ANDREW CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:26-cv-252 |
| | ) | |
| MONDAK PORTABLES, LLC, | ) | |
| RICHARD ROGERS, BARBARA ROGERS | ) | |
| and DENNIS SHIVLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR DAMAGES**

Plaintiff, Andrew Castillo, for his Complaint against Defendants, MonDak Portables, LLC ("MonDak"), Richard Rogers, Barbara Rogers and Dennis Shivley, states the following:

**I. Parties**

1. Plaintiff is a resident of Marion, Indiana.

2. MonDak is a limited liability company located in Fairmont, Indiana.

3. Richard Rogers is a resident of North Dakota.

4. Mr. Rogers is a member of MonDak.

5. Mr. Rogers assists in managing MonDak.

6. Mr. Rogers assists in determining how much employees are paid.

7. Barbara Rogers is a resident of North Dakota.

8. Ms. Rogers is a member of MonDak.

9. Ms. Rogers is the President of MonDak.

10. Ms. Rogers assists in determining how much employee are paid.

11. Dennis Shivley is a resident of Indiana.

12. Mr. Shivley is a member of MonDak.

13. Mr. Shivley assists in managing MonDak.

14. Mr. Shivley assists in determining how much employee are paid.

## II. Jurisdiction and Venue

15. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under the FLSA.

16. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

17. Venue in the Northern District of Indiana, Fort Wayne Division, is appropriate by virtue of MonDak doing business in this District.

## III. Factual Allegations

18. Plaintiff was an employee of Defendants.

19. Plaintiff began working for Defendants on or about January 12, 2024.

20. Defendants agreed to pay Plaintiff on an hourly basis.

21. Defendants agreed to pay Plaintiff $22.00 per hour.

22. Defendants agreed to pay Plaintiff on a weekly basis.

23. On or after May 26, 2024, Plaintiff traveled to and from North Dakota for work.

24. Defendants did not pay Plaintiff for this travel time.

25. Defendants did not pay Plaintiff for all that he worked in North Dakota.

26. Plaintiff worked over 40 hours during his trip to work in North Dakota.

27. Defendants did not pay Plaintiff all of his earned wages.

28. Defendants failed to pay Plaintiff all of his overtime wages earned during his trip to work in North Dakota.

29. Plaintiff quit his employment with Defendants on June 14, 2024.

30. Defendants did not have a good faith reason for failing to pay Plaintiff all of his earned wages.

31. The wage claim of Plaintiff was referred to counsel for Plaintiff on April 23, 2026 by the Attorney General's Office in conjunction with the Department of Labor.

## III. Cause of Action

### Count I
### Failure to Pay Overtime Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

32. Plaintiff incorporates paragraphs 1 through 31 by reference herein.

33. Plaintiff was an employee of Defendants pursuant to the FLSA.

34. Plaintiff is a covered employee pursuant to enterprise coverage.

35. MonDak had gross revenues of at least $500,000.00 for the 2025 calendar year.

36. MonDak was the employer of Plaintiff.

37. Mr. Rogers was the employer of Plaintiff.

38. Ms. Rogers was the employer of Plaintiff.

39. Mr. Shivley was the employer of Plaintiff.

40. Defendants' violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendants in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

**Count II**
**Minimum Wage Act, I.C. §22-2-2 *et. seq.***

41. Plaintiff incorporates paragraphs 1 through 40 by reference herein.

42. Plaintiff was an employee pursuant to the Minimum Wage Act.

43. Defendants are employers pursuant to the Minimum Wage Act.

44. Defendants' violation of the Minimum Wage Act has damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendants in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

**Count III**
**Wage Payment Statute, I.C. §22-2-5 *et. seq.***

45. Plaintiff incorporates paragraphs 1 through 44 by reference herein.

46. Defendants are employers pursuant to the Wage Payment Statute.

47. Defendants failed to pay Plaintiff his wages due and owing in the correct amount.

48. Plaintiff has been damaged by Defendants' violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendants for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

**Count IV**
**Wage Claims Statute, I.C. §22-2-9 *et. seq.***

49. Plaintiff incorporates paragraphs 1 through 48 by reference herein.

50. Defendants are employers pursuant to the Wage Claims Statute.

51. Defendants failed to pay Plaintiff his wages due and owing in the correct amount.

52. Plaintiff has been damaged by Defendants' violations of the Wage Claims Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendants for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## IV. Jury Demand

53. Plaintiff incorporates paragraphs 1 through 52 by reference herein.

54. Plaintiff demands a trial by jury.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49
Counsel for Plaintiff,
Andrew Castillo

WELDY LAW
11268 Governors Lane
Fishers, IN. 46037
Tel: (317) 842-6600
E-mail: rweldy@weldylegal.com